Kenneth W. FERNANDEZ, Plaintiff–Appellant

v.

BUDGET EXTERIORS, INC., Defendant–Appellee.

No. 12–2909.

United States Court of Appeals, Eighth Circuit.

Submitted: April 5, 2013.

Filed: May 31, 2013.

Kenneth W. Fernandez, Minneapolis, MN, pro se.

Sean Shiff, Skolnick & Shiff, Minneapolis, MN, for Defendant–Appellee.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Kenneth W. Fernandez appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803 (8th Cir.2004), we conclude that

---

Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

summary judgment was proper. The district court correctly concluded Fernandez's hostile work environment claims were untimely and that his retaliatory-discharge claim fails because Budget articulated legitimate, non-discriminatory reasons for his discharge, which Fernandez did not show were pretextual.

Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.